Without Oral Argument
(expressly denied)

No. 23-3095

Court of Appeals, United States of America
District of Columbia Circuit

**Before Judges: Wilkins, Walker and Pan.**

UNITED STATES OF AMERICA, Appellee,

v.

Kirstyn-Ashley Niemela, Appellant.

Appeal from the district court of the United States, District of Columbia, (1:21-cr-00623-CRC).
Christopher R. Cooper, Esquire

Motion to Compel
Kirstyn Ashley Niemela

Kirstyn Ashley Niemela

Motion

Kirstyn-Ashley, by right, moves this Court and assigned panel of Judges to order Appellee to produce a Certificate[1] of Parties and Circuit Rule 26.1 Disclosure Statement. Movant wishes to provide a meaningful response to Appellee's reply brief.

Service

I, Kirstyn-Ashley Niemela, affirm that on the 28th day of June 2024, a copy of the foregoing Motion was filed by ECF, therefore notice provided to the opposing party.

Certificate of Compliance

I affirm that pursuant to Fed. R. App. P. 32(g) that the body of my filing contains 100 words, and therefore complies with the type volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Times New Roman, a proportionally spaced typeface.

*I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.*

---

[1] CERTIFICATE, practice. A writing made in any court, and properly authenticated, to give notice to another court of anything done therein; or it is a writing by which an officer or other person bears testimony that a fact has or has not taken place. certificate. (n.d.) A Law Dictionary, Adapted to the Constitution and Laws of the United States. By John Bouvier.. (1856).

All rights reserved

/s/

Kirstyn-Ashley Niemela

███████████████

███████████████

██████████@mail.com