# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3095**                                            **September Term, 2024**

**1:21-cr-00623-CRC-2**

**Filed On: October 18, 2024** [2080692]

United States of America,

       Appellee

     v.

Kirstyn Ashley Niemela,

       Appellant

## M A N D A T E

In accordance with the judgment of August 26, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                           BY:    /s/
                                                 Daniel J. Reidy
                                                 Deputy Clerk

Link to the judgment filed August 26, 2024